PROB 12A
(6/21)

# United States District Court

## for

## District of New Jersey

## Report on Individual Under Supervision

Name of Individual Under Supervision: James Bivins, III　　　　　　　　　Cr.: 20-00522-001
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　PACTS #: 6494621

Name of Sentencing Judicial Officer:　　THE HONORABLE PETER G. SHERIDAN
　　　　　　　　　　　　　　　　　　　　SENIOR UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 12/01/2021

Original Offense:　　Count One: Possession of a Firearm by a Prohibited Person, in violation of 18 U.S.C.
　　　　　　　　　　§ 922(g), a Grade C Felony
　　　　　　　　　　Count Two: Possession with Intent to Distribute, in violation of 21 U.S.C. § 841(a)(1)
　　　　　　　　　　and (b)(1)(C), a Grade C Felony

Original Sentence: 48 months imprisonment on each count concurrently, 3 years supervised release on each count concurrently

Special Conditions: Special Assessment, Substance Abuse Testing, Search/Seizure, Gang Associate/Member Restriction, Life Skills Counseling, Education/Training Requirements, Mental Health Treatment, Life Skills, Motor Vehicle Compliance, Support Dependents, Forfeiture, Place Restriction Area, Forfeiture, Location Monitoring Program (30 days)

Type of Supervision: Supervised Release　　　　　　　　　　　Date Supervision Commenced: 12/26/2023

## NONCOMPLIANCE SUMMARY

The individual under supervision has not complied with the following condition(s) of supervision:

Violation Number　　　Nature of Noncompliance

1　　　　　　　　　　**'You shall refrain from illegal possession and use of drugs, including prescription medication not prescribed in your name, and shall submit to urinalysis or other forms of testing to ensure compliance. It is further ordered that you shall submit to evaluation and treatment, on an outpatient or inpatient basis, as approved by the U.S. Probation Office. You shall abide by the rules of any program and shall remain in treatment until satisfactorily discharged by the Court. You shall alert all medical professionals of any prior substance abuse history, including any prior history of prescription drug abuse. The Probation Officer shall supervise your compliance with this condition.'**

　　　　　　　　　　On May 31, 2024, during an unannounced home inspection, a urine specimen was secured, which tested positive for marijuana. Bivins admitted to consuming marijuana approximately two days earlier. Bivins signed an admission form.

　　　　　　　　　　On June 12, 2024, Bivins submitted a urine specimen at his treatment program, which tested positive for marijuana and Oxycodone. The specimens have been submitted to the laboratory for confirmation. Bivins is scheduled to meet with his counselor to discuss these results on June 19, 2024.

U.S. Probation Officer Action:
The Probation Office recommends no Court action be taken at this time. The Probation Office will continue to monitor Bivins use of illicit substances through increased random urine screenings. Bivins is currently attending mental health and substance abuse treatment at Preferred Behavioral Health and appears to have made positive progress thus far. If Bivins continues to use illicit substances, the Probation Office will collaborate with Bivins' treatment provider to discuss increasing Bivins' level of care. In addition, if he continues to be non-compliant in any way, the Court will be notified immediately.

Respectfully submitted,

SUSAN M. SMALLEY, Chief
U.S. Probation Officer

By:   ERIN A. DESILVA
      Senior U.S. Probation Officer

/ ead

APPROVED:

_____   6/18/2024
STEVEN ALFREY              Date
Supervising U.S. Probation Officer

*Please check a box below to indicate the Court's direction regarding action to be taken in this case:*

☒ No Formal Court Action to be Taken at This Time (as recommended by the Probation Office)

☐ Submit a Request for Modifying the Conditions or Term of Supervision

☐ Submit a Request for Warrant or Summons

☐ Other

_____
Signature of Judicial Officer

6/25/24
_____
Date